NUMBER 13-00-743-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


WANDA J. HEINKHAUS
, Appellant,


v.



SSP PARTNERS, INC. AND THE 

TEXAS WORKFORCE COMMISSION
, Appellees.

____________________________________________________________________


On appeal from the 347th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dosey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, WANDA J. HEINKHAUS, perfected an appeal from a
judgment entered by the 347th District Court of Nueces County, Texas,
in cause number 99-4240-H. After the clerk's record was received,
appellant filed a motion to dismiss the appeal. Appellant requests that
this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 1st day of March, 2001.